In the Matter .of KENNETH S. SIDDLE et al., Doing Business as PALAMINO LOUNGE, Petitioners, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

Present — Del Vecchio, J. P., Gabrielli, Moule and Henry, JJ.